| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Agee, George S. | 2. Court or Organization 4th Circuit | 3. Date of Report 02/22/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address Fourth Circuit U.S. Court of Appeals 1100 E. Main Street Richmond, VA 23218 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | Trust #1 |
| 2. Trustee | Bridgewater College |
| 3. Director | Bradley Free Clinic |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Commonwealth of Virginia - Retirement Income | $64,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Carilion Clinic - Salary |
| 2. | 2011 | RGC Resources, Inc. - Director Fees |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 02/22/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 02/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mainstreet Bankshares | A | Dividend | J | U | | | | | |
| 2. SUWI, LLC | C | Distribution | L | W | | | | | |
| 3. -Rental Property #1 Roanoke, VA | | | | | | | | | |
| 4. -Rental Property #2 Roanoke, VA | | | | | | | | | |
| 5. Agee Mill, LLC | A | Distribution | L | W | | | | | |
| 6. RGC Resources, Inc. | A | Dividend | M | T | | | | | |
| 7. First Citizens Bank Account | A | Interest | J | T | | | | | |
| 8. Hometown Bank | A | Dividend | J | U | | | | | |
| 9. Morgan Stanley Account | | | | | Closed | | | | |
| 10. Metro Wash DCA Airport Bond | A | Interest | J | T | | | | | |
| 11. BBT | A | Dividend | J | T | | | | | |
| 12. INTC | A | Dividend | J | T | | | | | |
| 13. MCK | A | Dividend | J | T | | | | | |
| 14. MSFT | A | Dividend | J | T | | | | | |
| 15. WFC | A | Dividend | | | Donated | | | | |
| 16. CAIBX | A | Dividend | L | T | | | | | |
| 17. CWGIX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 02/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ANCFX | A | Dividend | K | T | | | | | |
| 19. AGTHX | A | Dividend | K | T | | | | | |
| 20. ANWPX | A | Dividend | J | T | | | | | |
| 21. NEWFX | A | Dividend | J | T | | | | | |
| 22. IGAAX | A | Dividend | K | T | | | | | |
| 23. COF | A | Dividend | J | T | | | | | |
| 24. VYFC | A | Int./Div. | J | T | | | | | |
| 25. NYVCX | A | Dividend | J | T | | | | | |
| 26. KAUCX | A | Dividend | | | Sold | 11/16/11 | J | A | |
| 27. LMVTX | A | Dividend | | | Sold | 11/16/11 | J | A | |
| 28. ACERX | A | Dividend | K | T | | | | | |
| 29. TFVAX | A | Dividend | J | T | | | | | |
| 30. AMECX | A | Dividend | K | T | | | | | |
| 31. ANWPX | A | Dividend | K | T | | | | | |
| 32. AFL | A | Dividend | J | T | Buy | 08/11/11 | J | | |
| 33. STLD | A | Dividend | J | T | Buy | 08/11/11 | J | | |
| 34. SBPLX | A | Dividend | J | T | Buy | 11/15/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 02/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FSBCX | A | Dividend | K | T | Buy | 11/15/11 | K | | |
| 36. Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 37. BROADWAY VA IDA BOND | A | Interest | J | T | | | | | |
| 38. IRA #1* | B | Dividend | L | T | | | | | |
| 39. -IGAAX | | | | | | | | | |
| 40. -ANWPX | | | | | | | | | |
| 41. -CWGIX | | | | | | | | | |
| 42. -AMRMX | | | | | | | | | |
| 43. -ANCFX | | | | | | | | | |
| 44. -CAIBX | | | | | | | | | |
| 45. -AMECX | | | | | | | | | |
| 46. -AMCPX | | | | | | | | | |
| 47. -AGTHX | | | | | | | | | |
| 48. -NEWFX | | | | | | | | | |
| 49. RETIREMENT ACCOUNT #1 VIRGINIA DEFERRED COMPENSATION PLAN | D | Dividend | M | T | | | | | |
| 50. -RUSSELL 1000 VALUE INDEX | | | | | | | | | |
| 51. -STABLE VALUE FUND | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 02/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -SAND P 500 INDEX FUND | | | | | | | | | |
| 53. -ACTIVE GLOBAL EQUITY FUND | | | | | | | | | |
| 54. -ACTIVE BOND FUND | | | | | | | | | |
| 55. -RUSSELL 1000 GROWTH INDEX FUND | | | | | | | | | |
| 56. -RUSSELL 3000 INDEX FUND | | | | | | | | | |
| 57. TRUST #1 | B | Int./Div. | M | T | | | | | |
| 58. -VALLEY BANK ACCOUNT | | | | | | | | | |
| 59. -BANK OF AMERICA ACCOUNT | | | | | Closed | | | | |
| 60. -EDWARD JONES ACCOUNT | | | | | | | | | |
| 61. -MET | | | | | | | | | |
| 62. -WFC | | | | | | | | | |
| 63. -ACERX | | | | | | | | | |
| 64. IRA #2 | B | Dividend | K | T | | | | | |
| 65. -IGAAX | | | | | | | | | |
| 66. -ANWPX | | | | | | | | | |
| 67. -CWGIX | | | | | | | | | |
| 68. -AMRMX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 02/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -ANCFX | | | | | | | | | |
| 70.  -CAIBX | | | | | | | | | |
| 71.  -AMECX | | | | | | | | | |
| 72.  -AMCPX | | | | | | | | | |
| 73.  -AGTHX | | | | | | | | | |
| 74.  -NEWFX | | | | | | | | | |
| 75.  RETIREMENT ACCOUNT #2 CARILION HEALTH SYSTEM SEC 403(b) PLAN | E | Dividend | N | T | | | | | |
| 76.  -PIMCO LOW DURATION | | | | | | | | | |
| 77.  -VAN KAMPEN EQUITY & INC | | | | | | | | | |
| 78.  -FID SPARTAN USEqIDX | | | | | | | | | |
| 79.  -FID LOW PRICED STOCK | | | | | | | | | |
| 80.  -American Funds Euro Pacific Growth | | | | | | | | | |
| 81.  -Goldman Sachs MDCAP Val/A | | | | | | | | | |
| 82.  -Prudential Jennison Sm Company A*1 | | | | | | | | | |
| 83.  -Munder Mid Cap Core Gr A | | | | | | | | | |
| 84.  RETIREMENT ACCT #3 CARILION HEALTH SYSTEM SEC 457(b) PLAN | D | Dividend | M | T | | | | | |
| 85.  -VAN KAMPEN EQUITY & INC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 02/22/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -DODGE & COX STOCK FUND | | | | | Sold | 10/02/11 | L | A | |
| 87. -BLACK ROCK EQUITY DIVIDEND | | | | | Buy | 10/02/11 | L | | |
| 88. RETIREMENT ACCOUNT #4 EQUIVEST TSA 501(c)(3) PLAN | A | Int./Div. | K | T | | | | | |
| 89. -EQ GUARANTEED INTEREST | | | | | | | | | |
| 90. -EQ INTERNATIONAL EQUITY INDEX (formerly EQ Alli. Bern Intl) | | | | | | | | | |
| 91. -EQ ALLIANCE BERNSTEIN SmCpGR | | | | | | | | | |
| 92. -EQ MARKET PLUS MID CAP VALUE | | | | | | | | | |
| 93. -EQ BLACK ROCK BASIC | | | | | | | | | |
| 94. -Equitable Multimanager Core Bond | | | | | | | | | |
| 95. -Equitable Multimanager Multi Sector Bond *2 | | | | | | | | | |
| 96. RETIREMENT ACCOUNT #5 ALLIANCE BENEFIT GROUP CAPITAL ACCU.AC | E | Dividend | N | T | | | | | |
| 97. -TWEAX | | | | | | | | | |
| 98. -CAAPX | | | | | | | | | |
| 99. -FMCAX | | | | | | | | | |
| 100. -FAERX | | | | | Sold | 03/31/11 | J | A | |
| 101. -GABGX | | | | | | | | | |
| 102. -WEBAX | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 02/22/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -GABAX | | | | | | | | | |
| 104. -GABEX | | | | | Sold | 03/31/11 | K | A | |
| 105. -PREIX | | | | | | | | | |
| 106. -FTCIMA | | | | | | | | | |
| 107. -BGNAX | | | | | Sold | 03/31/11 | J | A | |
| 108. -FUSEX | | | | | Sold | 03/31/11 | K | A | |
| 109. -VFIIX | | | | | Sold | 03/31/11 | J | A | |
| 110. -VFNIX | | | | | | | | | |
| 111. LIFE INSURANCE POLICY #1 NATL LIFE INS. CO. WHOLE LIFE | C | Dividend | L | T | | | | | |
| 112. LIFE INSURANCE POLICY #2 EQUITABLE VARIABLE LIFE | A | Dividend | J | T | | | | | |
| 113. -AXA MODERATE ALLOCATION | | | | | | | | | |
| 114. -EQ/COMMON STOCK INDEX | | | | | | | | | |
| 115. -MULTIMANAGER, AGGRESSIVE EQUITY | | | | | | | | | |
| 116. 529 VIRGINIA COLLEGE SAVINGS PLAN | A | Dividend | K | T | | | | | |
| 117. -Piedmont Portfolio | | | | | | | | | |
| 118. -Highlands Portfolio (merged into Piedmont Portfolio) | | | | | | | | | |
| 119. LIFE INSURANCE POLICY #3 LINCOLN NAT'L LIFE INS CO PREM LIFE | D | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 02/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. No income from Trust #1 comes to me as Trustee and is solely for the benefit of a third party. I receive no compensation from the Trust.

2. Part VII, Item 118. The Highlands Portfolio of the 529 Virginia College Savings Plan was merged into the Piedmont Portfolio.

3. Part VII, Item 112. I previously reported this policy as a traditional cash value policy, but have verified it is a variable life policy so the insured controls the investment options which are now listed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George S. Agee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544